IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FERNANDO SMITH,

          Plaintiff,

v.

THE VANGUARD GROUP,

          Defendant.

Civil Action No.: 2:07-cv-00034

### ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of \_\_\_\_DAVID W. BROWN\_\_\_\_, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTERED: *August 14, 2007*

_____
United States District Judge