IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 13 2007
U.S. DISTRICT COURT
ELKINS WV 26241

FERNANDO M. SMITH,

    Plaintiff,

v.                                    Civil Action No. 2:07-cv-00034

THE VANGUARD GROUP,

    Defendant.

## ORDER

Upon consideration of the foregoing Application for Admission Pro Hac Vice of Stuart T. Steinberg, it is ORDERED that the Application for Admission Pro Hac Vice be, and the same is hereby, APPROVED and that the applicant may appear pro hac vice in this matter on behalf of the represented party.

ENTER:    *November 13, 2007*

*/s/ Robert E. Maxwell*
United States District Judge

4